lants. [4 Park Ave., Borough of Manhattan.] — Order unanimously affirmed, without costs. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

SADIE RAGIONE, Appellant, v. FRANK J. RAGIONE, Respondent.— Order unanimously affirmed. (See *Anonymous* v. *Anonymous*, 186 Misc. 772.) Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 876.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS MENENDEZ, MARCIAL MARTINEZ and HERMAN MALAVE, Appellants.— Judgments unanimously affirmed as to defendants Louis Menendez and Herman Malave. Judgment affirmed as to defendant Marcial Martinez, Cohn, J., dissenting and voting to reverse, dismiss the information as to said defendant and remit his fine on the ground that his guilt was not established beyond a reasonable doubt. No opinion. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK et al., Appellants, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, et al., Respondents. [299 Broadway, Borough of Manhattan.] — Order unanimously modified by fixing the values for each of the years involved as follows: land, $450,000; building, $325,000; total, $775,000, and as so modified affirmed, with $20 costs and disbursements to the appellants. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

WILLIAM LANG, Respondent, v. SOCIALIST RELIEF SOCIETY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of RICHARD BILLINGS, Deceased, et al., Respondents, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. GORDON KNOX BELL et al., Respondents, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [157–167 E. 65th St. and 154–164 E. 66th St., Borough of Manhattan.] — Order unanimously modified by fixing the land value of each separate parcel for the years involved at $19,000, and as so modified affirmed, with $20 costs and disbursements to the appellants. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEWIS HARTMANN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRENTMORE ESTATES, INC., Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [165 W. 91st St., Borough of Manhattan.] — Order unanimously modified by fixing the values for the years involved as follows: land, $192,000; building, $720,000; total, $912,000, and as so modified affirmed, with $20 costs and disbursements to the appellants. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAY RUBINGER et al., as Executors of CHARLES RUBINGER, Deceased, Respondents, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [73–75 E. 7th St., Borough of Manhattan.] — Order unanimously